

*Secretary*
**U.S. Department of Homeland Security**
Washington, DC 20528

November 5, 2015

Corey R. Lewandowski
Donald J. Trump for President, Inc.
725 Fifth Avenue
New York, New York  10022

Dear Mr. Lewandowski:

I write to respond to your October 19, 2015 letter requesting U.S. Secret Service protection for Mr. Donald Trump, in connection with his current presidential campaign.

In connection with your request, and consistent with Title 18, United States Code, Section 3056 (a) (7), I have consulted with an Advisory Committee composed of the Speaker of the House, the House Minority Leader, the Senate Majority Leader, the Senate Minority Leader, and the Senate Sergeant at Arms.

I have determined that Secret Service protection for Mr. Trump is warranted and appropriate.  I have instructed the Secret Service to initiate protection of Mr. Trump as soon as practicable.  The Secret Service will be in contact with your staff to make the appropriate arrangements.

Should you have any questions or concerns, please contact the Under Secretary for Intelligence and Analysis, Francis X. Taylor, at (202) 282-9690.

Sincerely,

Jeh Charles Johnson



www.dhs.gov