# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | Case No. 3:16-CR-037 |
| -vs- | : | Chief Magistrate Judge Sharon L. Ovington |
| THOMAS DIMASSIMO, | : | |
| Defendant. | : | |

## ORDER CONTINUING BOND WITH ADDITIONAL CONDITIONS

This case came before the Court on July 6, 2016 for a Motion to Initiate Revocation Proceedings and/or Contempt Proceedings (Doc. #34). Defendant admits the violation as set forth in the Government's Motion (Doc. #34 ). The Court finds Defendant in violation of conditions of his pretrial release, but declines to revoke his bond. The Court orders that Defendant's Order Setting Conditions of Release be modified to include the following additional conditions: that 1) Defendant be placed on electronic home detention with 24-hour lockdown, 2) the additional travel restriction limiting Defendant to the Dayton Seat of Court, consisting of 7 counties, be imposed, and 3) Defendant undergo a mental health evaluation if determined necessary by the Pretrial Services Officer. The same conditions previously set remain in full force and effect. The Defendant is ordered remanded to the custody of the United States Marshal until conditions of bond are met.

July 6, 2016

                                                                                                s/Sharon L. Ovington
                                                                                                   Sharon L. Ovington
                                                                            Chief United States Magistrate Judge