# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,                  :

    Plaintiff,                             :     Case No. 3:16-cr-0037

vs.                                        :

                                                           Chief Magistrate Judge Sharon L. Ovington

THOMAS DIMASSIMO,                          :

                                      :

    Defendant.

## ORDER TO SHOW CAUSE

        Upon the facts set forth in the Petition for Actions on Conditions of Pretrial Release (Doc. #38), the Court finds there is probable cause to believe that Defendant is in violation of the conditions of his supervision as set forth in the Petition.

        It is accordingly ordered that Defendant appear before this Court on July 18, 2016 at 1:30 p.m., in Courtroom #5, 5th Floor Federal Building, 200 W. Second Street, Dayton, Ohio, before Chief Magistrate Judge Sharon L. Ovington to show cause why his bond should not be revoked.

July 13, 2016                                                               s/Sharon L. Ovington
                                                                                 Sharon L. Ovington
                                                             Chief United States Magistrate Judge