# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:16-cr-37 |
| Plaintiff, | : | Chief Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| THOMAS DIMASSIMO, | : | |
| Defendant. | : | |

## ORDER CONTINUING BOND WITH ADDITIONAL CONDITIONS

This case came before the Court on July 18, 2016 for a Show Cause Hearing. Defendant admits to violating the conditions of his pretrial release.  The Court finds Defendant in violation of conditions of his pretrial release but declines to revoke his bond.

The Court orders that the following conditions be added:  1) Defendant is permitted to attend school at Wright State University if given prior approval from the Pretrial Services Officer; and 2) Defendant is permitted to meet with his attorneys at his attorneys' office if given prior approval from the Pretrial Services Officer.  The same conditions previously set remain in full force and effect.

Date:  July 20, 2016

*s/Sharon L. Ovington*
Sharon L. Ovington
Chief United States Magistrate Judge