**Chief United States Magistrate Judge Sharon L. Ovington (Courtroom Minutes)**

PLEA & SENTENCING                                   DATE: 7/26/16

CAPTION: USA v. THOMAS DIMASSMO              CASE NUMBER: 3:16-cr-37

[ ✓ ]   Defendant appeared with counsel, **Jon Paul Rion**.

[ ✓ ]   Defendants sentencing guidelines range discussed and understood.

[ ✓ ]   Defendant's constitutional rights explained and Defendant stated he understood rights.

[ ✓ ]   Defendant waived constitutional rights.

[ ✓ ]   Plea agreement read into the record by **Jon Paul Rion**.

[ ✓ ]   Plea agreement accepted by Court and made a permanent part of the record.

[ ✓ ]   Statement of Facts read into record by **Brent Tabacchi**.

[ ✓ ]   Defendant acknowledged accuracy of Statement of Facts.

[ ✓ ]   Defendant entered a plea of **GUILTY** to **Count  1 ;**  Count(s) _____ to be dismissed.

[   ]   Order amending count(s) _____ submitted.

[ ✓ ]   Plea accepted and Defendant found **guilty**.

[ ✓ ]   Defendant waived PSI**.**

[   ]   Bond Continued.

[ ✓ ]   Other: Statement by Defendant and counsel. Defendant is sentenced to 1 year Probation on Count 1 with standard conditions in that Defendant shall not commit any federal, state, or local crime; the mandatory drug testing condition is WAIVED; Defendant must abide by the following special conditions: 1) avoid attendance at any Republican Presidential Event; 2) do not possess any firearm or other dangerous ordinance; 3) return Probation Officer's call within 72 hours; Defendant is ordered to pay a $250 Fine on Count 1; the Court states that counsel are permitted to make statements to the press; Defendant is permitted to be taken off electronic home detention today.

In Chambers Conf (3:30-3:40)

COURT REPORTER: Court Smart                    CONVENED: 3:54

DEPUTY CLERK: Rose Plummer                    RECESSED: 4:03